IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROSA CANELA, FRANCES CARRILLO, DEIVI CRUZ, MARIA DE NOVA, SAMUEL GONZALEZ, MARIA MEZA, MARTHA AQUINO, MARIA RESENDIZ, MARY CARRILLO, MARIBELIA AVILA, YESSENIA AVILA, MARIA GUTIERREZ, SILVINO GUTIERREZ, AND JOSE SIMON, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br>PLAINTIFFS<br><br>v.<br><br>HEB GROCERY COMPANY, LP, AND PASTRANAS PRODUCE, INC.<br>DEFENDANTS | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:10-CV-00788-LY<br><br><br>COLLECTIVE ACTION<br>(JURY DEMANDED) |

## NOTICE OF FILING ADDITIONAL NOTICES OF CONSENT

Plaintiffs, on behalf of themselves and all other similarly situated individuals, file this Notice of Filing Additional Notices of Consent, and would show the Court that, by way of the attached Notices of Consent, the following individuals hereby join this collective action:

1. Norma Flores
2. Altagracia Grajeda
3. Monica Enriquez Villa

                                    Respectfully submitted,

                                    /s/ Broadus A. Spivey
                                    Broadus A. Spivey
                                    Attorney-in-Charge
                                    State Bar No. 00000076
                                    48 East Avenue
                                    Austin, Texas 78701
                                    o: 512+474-6061  f: 512+474-1605
                                    Email: bas@spivey-law.com

/s/ Rhonda H. Wills
Rhonda H. Wills
Wills Law Firm
State Bar No. 00791943
1776 Yorktown, Suite 600
Houston, Texas  77056
o: 713.528.4455  f: 713.528.2047
Email: rwills@rwillslawfirm.com

Arturo Villarreal, Jr.
Law Offices of Arturo Villarreal, Jr., PLLC
State Bar No. 24061908
48 East Avenue
Austin, Texas  78701
o: 512+474-6061  f: 512+474-1605
Email: art@rreal-law.com

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on **June 21, 2011**, I electronically filed the foregoing document with the clerk of the court for the Western District of Texas using the electronic case filing system of the court. The following attorneys have been given notice as follows:

| *via EM/ECF electronic service:* | *via EM/ECF electronic service:* | *via EM/ECF electronic service:* |
|---|---|---|
| Michael W. Fox<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>301 Congress Avenue, Suite 1150<br>Austin, Texas  78701<br>o: 512+344-4711<br>f: 512+344-4701<br>michael.fox@ogletreedeakins.com | Lawrence D. Smith<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>112 East Pecan Street, Suite 2700<br>San Antonio, Texas 78205<br>o: 210.354.1300<br>f: 210.277.2702 | Abel Martinez<br>HEB Grocery Company, LP<br>P.O. Box 839999<br>San Antonio, Texas 78283<br>o: 210.938.8232 |
| *via EM/ECF electronic service::*<br>Humberto Yzaguirre, Jr.<br>5 Old Alice Road<br>Brownsville, Texas  78520<br>o: 956+544-2750<br>f: 956+541-5141<br>beto_yzaguirre@hotmail.com | *via EM/ECF electronic service:*<br>Michael Latimer<br>Harkins, Latimer & Dahl, P.C.<br>405 N. St. Mary's, Ste. 242<br>San Antonio, TX 78205<br>Office: (210) 527-0900<br>Fax: (210) 527-0901<br>Email: mlatimer@hldlaw.com | |

/s/ Rhonda H. Wills
Rhonda H. Wills
Attorney for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| ROSA CANELA, FRANCES CARRILLO, DEIVI CRUZ, MARIA DE NOVA, SAMUEL GONZALEZ, MARIA MEZA, MARTHA AQUINO, MARIA RESENDIZ, MARY CARRILLO, MARIBELIA AVILA, YESSENIA AVILA, MARIA GUTIERREZ, SILVINO GUTIERREZ, AND JOSE SIMON, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, PLAINTIFFS | § § § § § § § § § § | CIVIL ACTION NO. 1:10-CV-00788-LY  COLLECTIVE ACTION (JURY DEMANDED) |
| v. | § § | |
| HEB GROCERY COMPANY, LP, PASTRANAS PRODUCE, INC. DEFENDANTS | § § § | |

## NOTICE OF CONSENT

In Spanish: Yo, suscrito, una corriente o exempleada de lo anterior nombrado empresario(s) quedo con sentimento a participar como parte demandante en una accion judicial y collectiva bajo Trabajo Justo Actos Estandar (FLSA) buscando cualquier y todo pago de horas extra, salario minimo y todos danos y cantidades que se me deban bajo FLSA. Por unirme a esta accion collectiva, estoy de acuerdo en ser una representante de la clase. Debo elegir ser representada por los bufetes de abogados Wills Law Firm y Law Offices of Arturo Villarreal, Jr. PLLC y cualquier otros abogados con quien se associarcen en esta demanda. Estoy de acuerdo en obligarme por el resultado de este prodecimiento. He sa do mi consentimiento para actuar como demandante parte en esta accion judicial y collectiva.

In English: I, the undersigned, a current or former employee of the above named employer(s) hereby consent to participate as a party plaintiff in a collective action lawsuit under the Fair Labor Standards Act ("FLSA") seeking any and all overtime pay, minimum wages and all other damages and amounts that I may be owed under the FLSA. By joining this collective action, I agree to be a class representative. I choose to be represented by WILLS LAW FIRM and ARTURO VILLARREAL JR.PLLC and any other attorneys with whom they may associate in this lawsuit. I agree to be bound by the outcome of this proceeding. I have consented to act as a party plaintiff in this collective action.

NORMA FLORES
Full Name

[signature]
Signature

6-12-11
Date

9196W.000          Page 1 of 1

EN EL JUZGADO DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DEL OESTE DE TEXAS
DIVISIÓN AUSTIN

| | | |
|---|---|---|
| ROSA CANELA, Y OTROS, POR SU PROPIO DERECHO Y EN REPRESENTACIÓN DE OTROS SIMILARMENTE SITUADOS, <br> DEMANDANTES <br><br> V. <br><br> HEB GROCERY COMPANY, LP, Y PASTRANAS PRODUCE, INC. <br> DEMANDADAS | § § § § § § § § § § § | JUICIO CIVIL NO. 1:10-CV-788-LY <br><br> ACCIÓN A TÍTULO COLECTIVO <br> (SE SOLICITA JURADO) |

## CONSENTIMIENTO A UNIRSE A UNA ACCIÓN A TÍTULO COLECTIVO

**DESEO UNIRME A ESTA ACCIÓN A TÍTULO COLECTIVO PARA QUE SE ME INDEMNICE POR EL TIEMPO EXTRA QUE NO SE ME PAGÓ Y PUEDA DEBÉRSEME.** Tengo entendido que podría tener derecho a unirme a esta demanda presentada por personas que fueron trabajadores de las Demandadas para que se les indemnice por horas extras que no se les pagaron y otros daños.

Al presentar este consentimiento a unirme a la demanda, yo entiendo que estoy designando a los Demandantes nombrados en el juicio al rubro, en lo sucesivo los "Demandantes Representativos," como mis apoderados para tomar decisiones por cuenta mía con respecto al Litigio de la Ley de Estándares Equitativos de Trabajo en contra de las Demandadas incluyendo el método y la manera de llevar a cabo el litigio, hacer arreglos extrajudiciales, celebrar convenios con los abogados de los Demandantes Representativos con respecto a honorarios de abogado y costas del juicio, y todos los otros asuntos relativos al Litigio de la Ley de Estándares Equitativos de Trabajo en contra de las Demandadas. Estas decisiones tomadas y convenios celebrados por los Demandantes Representativos me obligarán a mí si yo presento este consentimiento.

Yo entiendo que los Demandantes Representativos celebraron un convenio de honorarios a cuota litis y que bajo los términos de tal convenio, los abogados recibirán un 40% de la cantidad bruta que se reciba además de que se les reembolse por sus gastos y costas si es que se recibe una indemnización. Si no se recibe una indemnización, yo no seré responsable de pagar dichos honorarios de abogado ni gastos y costas. Asimismo entiendo que puedo obtener una copia del contrato de honorarios a cuota litis solicitándoselo a los abogados si así lo deseo.

Yo entiendo que tengo el derecho de buscar a otro abogado y presentar las reclamaciones directamente a mi nombre, pero por este medio expreso mi deseo de ser representado por los abogados de los accionantes a título colectivo: Broadus A. Spivey, Rhonda H. Wills, y Arturo Villarreal, Jr., y cualesquiera otros abogados con quienes ellos se pudieran asociar en esta demanda.

Yo entiendo que se me puede requerir a contestar preguntas por escrito, exhibir documentos, dar testimonio bajo juramento y/o testificar en el juicio oral durante el trámite de esta demanda. Yo convengo en quedar obligado bajo cualquier sentencia que dicte el Señor Juez. Asimismo quedaré obligado bajo, y recibiré una parte, tal como lo apruebe el Señor Juez, del arreglo extrajudicial que sea negociado por cuenta de todos los Demandantes.

Yo reconozco y entiendo que si no presento este consentimiento, no seré afectado por ninguna sentencia dictada ni arreglo extrajudicial celebrado en esta demanda, y no tendré derecho a que se me dé una parte de la indemnización que pudieran recibir los Demandantes Representativos en este juicio, sea por sentencia, arreglo extrajudicial o en cualquiera otra manera..

**En este acto consiento en unirme a esta demanda.**

Fecha: 6-13-11

Altagracia Grajeda
Nombre (con letra de molde)

Altagracia Grajeda
Firma

**EN EL JUZGADO DE DISTRITO DE LOS ESTADOS UNIDOS**
**PARA EL DISTRITO DEL OESTE DE TEXAS**
**DIVISIÓN AUSTIN**

| | | |
|---|---|---|
| ROSA CANELA, Y OTROS, POR SU PROPIO DERECHO Y EN REPRESENTACIÓN DE OTROS SIMILARMENTE SITUADOS, DEMANDANTES | § § § § § | |
| v. | § § § | JUICIO CIVIL NO. 1:10-CV-788-LY |
| HEB GROCERY COMPANY, LP, Y PASTRANAS PRODUCE, INC. DEMANDADAS | § § § | ACCIÓN A TÍTULO COLECTIVO (SE SOLICITA JURADO) |

## CONSENTIMIENTO A UNIRSE A UNA ACCIÓN A TÍTULO COLECTIVO

**DESEO UNIRME A ESTA ACCIÓN A TÍTULO COLECTIVO PARA QUE SE ME INDEMNICE POR EL TIEMPO EXTRA QUE NO SE ME PAGÓ Y PUEDA DEBÉRSEME.** Tengo entendido que podría tener derecho a unirme a esta demanda presentada por personas que fueron trabajadores de las Demandadas para que se les indemnice por horas extras que no se les pagaron y otros daños.

Al presentar este consentimiento a unirme a la demanda, yo entiendo que estoy designando a los Demandantes nombrados en el juicio al rubro, en lo sucesivo los "Demandantes Representativos," como mis apoderados para tomar decisiones por cuenta mía con respecto al Litigio de la Ley de Estándares Equitativos de Trabajo en contra de las Demandadas incluyendo el método y la manera de llevar a cabo el litigio, hacer arreglos extrajudiciales, celebrar convenios con los abogados de los Demandantes Representativos con respecto a honorarios de abogado y costas del juicio, y todos los otros asuntos relativos al Litigio de la Ley de Estándares Equitativos de Trabajo en contra de las Demandadas. Estas decisiones tomadas y convenios celebrados por los Demandantes Representativos me obligarán a mí si yo presento este consentimiento.

Yo entiendo que los Demandantes Representativos celebraron un convenio de honorarios a cuota litis y que bajo los términos de tal convenio, los abogados recibirán un 40% de la cantidad bruta que se reciba además de que se les reembolse por sus gastos y costas si es que se recibe una indemnización. Si no se recibe una indemnización, yo no seré responsable de pagar dichos honorarios de abogado ni gastos y costas. Asimismo entiendo que puedo obtener una copia del contrato de honorarios a cuota litis solicitándoselo a los abogados si así lo deseo.

Yo entiendo que tengo el derecho de buscar a otro abogado y presentar las reclamaciones directamente a mi nombre, pero por este medio expreso mi deseo de ser representado por los abogados de los accionantes a título colectivo: Broadus A. Spivey, Rhonda H. Wills, y Arturo Villarreal, Jr., y cualesquiera otros abogados con quienes ellos se pudieran asociar en esta demanda.

Yo entiendo que se me puede requerir a contestar preguntas por escrito, exhibir documentos, dar testimonio bajo juramento y/o testificar en el juicio oral durante el trámite de esta demanda. Yo convengo en quedar obligado bajo cualquier sentencia que dicte el Señor Juez. Asimismo quedaré obligado bajo, y recibiré una parte, tal como lo apruebe el Señor Juez, del arreglo extrajudicial que sea negociado por cuenta de todos los Demandantes.

Yo reconozco y entiendo que si no presento este consentimiento, no seré afectado por ninguna sentencia dictada ni arreglo extrajudicial celebrado en esta demanda, y no tendré derecho a que se me dé una parte de la indemnización que pudieran recibir los Demandantes Representativos en este juicio, sea por sentencia, arreglo extrajudicial o en cualquiera otra manera..

**En este acto consiento en unirme a esta demanda.**

Fecha: 06-17-11

Mónica Enriquez Villa
Nombre (con letra de molde)

*Mónica Enriquez Villa*
Firma