IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
OCT 11 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY CLERK

| | |
|---|---|
| ROSA CANELA, FRANCES CARILLO, et al § § <br> Plaintiffs § § <br> v. § § <br> HEB GROCERY COMPANY, LP, and § <br> PASTRANAS PRODUCE, INC., § <br> Defendants § | Case No. 1:10-CV-00788-LY |

## ORDER GRANTING APPROVAL OF SETTLEMENT

Having received the parties' Joint Request for Approval of Settlement of all claims of the named Plaintiffs and all Opt-in Plaintiffs (collectively, "Plaintiffs"), and having conducted a review of the Settlement Agreement and the terms of the Settlement, and based on the finding of the Equal Employment Opportunity Commission, the discovery conducted herein and the statements of the Plaintiffs to this lawsuit, the Court hereby finds

That the defendant HEB Grocery Company, LP is not the employer or joint employer of the Plaintiffs, or the employer or joint employer of the employees of defendant Pastranas Produce, Inc. for purposes of the Fair Labor Standards Act, Title VII of the Civil Rights Act of 1964, or any other law.

Further, the Court finds that the terms of the settlement of this matter are fair and reasonable in all respects.

Therefore it is hereby ORDERED that the settlement of this matter is APPROVED.

SIGNED at Austin, Texas on this 11th day of October, 2011.

_____
The Honorable Lee Yeakel
United States District Judge