```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF TEXAS
                          AUSTIN DIVISION

ROSA CANELA, FRANCES CARRILLO,    ) AU:10-CV-00788-LY
DEIVI CRUZ, MARIA DENOVA,         )
SAMUEL GONZALEZ, MARIA MEZA,      )
MARTHA AQUINO, MARIA RESENDIZ,    )
MARY CARRILLO, MARIBELIA AVILA,   )
YESSENIA AVILA, MARIA GUTIERREZ,  )
SILVINO GUTIERREZ, JOSE SIMON     )
    Plaintiffs,                   )
                                  )
VS.                               ) AUSTIN, TEXAS
                                  )
HEB GROCERY COMPANY, LP,          )
PASTRANAS PRODUCE, INC.,          )
    Defendants.                   ) OCTOBER 11, 2011
-----------------------------------------------------------------
MARILU FRUCTUOSO, MARGARITA       ) AU:10-CV-00951-LY
VILLEGAS, OSCAR MURILLO, MARIA    )
GARCIA, JOSEFA YANEZ,             )
    Plaintiffs,                   )
                                  )
VS.                               ) AUSTIN, TEXAS
                                  )
HEB GROCERY COMPANY, LP,          )
PASTRANAS PRODUCE, INC.,          )
KARL BAYER,                       )
    Defendants.                   ) OCTOBER 11, 2011
-----------------------------------------------------------------
MARILU FRUCTUOSO, ROSA CANELA,    ) AU:11-CV-00557-LY
DEIVI CRUZ, FRANCES CARRILLO,     )
    Plaintiffs,                   )
                                  )
VS.                               ) AUSTIN, TEXAS
                                  )
HEB GROCERY COMPANY, LP,          )
    Defendant.                    ) OCTOBER 11, 2011


        **************************************
             TRANSCRIPT OF NON-EVIDENTIARY HEARING

              BEFORE THE HONORABLE LEE YEAKEL
        **************************************
```

```
 1  APPEARANCES:

 2  FOR THE PLAINTIFFS:          BROADUS AUTRY SPIVEY
                                 LAW OFFICES OF BROADUS A. SPIVEY
 3                               48 EAST AVENUE
                                 AUSTIN, TEXAS 78701-4320
 4
                                 RHONDA HUNTER WILLS
 5                               WILLS LAW FIRM
                                 1776 YORKTOWN, SUITE 600
 6                               HOUSTON, TEXAS 77056

 7  FOR THE DEFENDANT:           MICHAEL W. FOX
                                 COURTNEY SMITH
 8                               OGLETREE DEAKINS NASH SMOAK &
                                 STEWART, PC
 9                               301 CONGRESS AVE., SUITE 1150
                                 AUSTIN, TEXAS 78701
10
                                 MICHAEL R. LATIMER
11                               HARKINS, LATIMER & DAHL, P.C.
                                 405 N. ST. MARY'S STREET, SUITE 242
12                               SAN ANTONIO, TEXAS 78205-1722

13  COURT REPORTER:              ARLINDA RODRIGUEZ, CSR
                                 200 WEST 8TH STREET
14                               AUSTIN, TEXAS 78701
                                 (512) 916-5143
15

16

17

18

19

20

21

22

23

24  Proceedings recorded by computerized stenography, transcript

25  produced by computer.
```

```
08:54:04   1         (Open Court)
09:01:55   2              THE COURT:  We are here today on the three cases,
09:02:00   3   Canela, Fructuoso, and Cruz.  I'll hear announcements from the
09:02:03   4   parties as to who is here and who you represent.
09:02:09   5              MR. SPIVEY:  Your Honor, Broadus Spivey and
09:02:15   6   Rhonda Wills for the plaintiffs.
09:02:16   7              THE COURT:  Was that a hard question?  You kind of
09:02:19   8   stumbled over it a little bit.
09:02:21   9              MR. SPIVEY:  I have to take opium.
09:02:24  10              THE COURT:  Oh?
09:02:24  11              MR. SPIVEY:  But it's opium tincture, because what
09:02:26  12   the doctor did to me, I'm getting kind of cramps.  It's not the
09:02:32  13   OU game, though that would give me cramps, too.
09:02:34  14              THE COURT:  Well, if there's anything to be said
09:02:37  15   about that, they are really that good.  That was not a fluke.
09:02:40  16              MR. FOX:  They were pretty powerful.
09:02:43  17         Mike Fox and Courtney Smith for the Defendant HEB.
09:02:46  18              THE COURT:  Thank you.
09:02:46  19              MR. LATIMER:  Good morning, Your Honor.
09:02:48  20   Michael Latimer for Defendant Pastranas Produce, Inc.
09:02:51  21              THE COURT:  Very good.  Well, what we're here this
09:02:53  22   morning for in the three cases that I announced is a fairness
09:02:57  23   hearing.  My understanding is that the parties have settled the
09:03:01  24   three cases.  I have been provided with a copy of a document
09:03:04  25   called Final Settlement Term Sheet that I have reviewed.  So I
```

```
09:03:10   1   will start with whichever one of you, be it the plaintiff or
09:03:14   2   the defendants, want to tell me a little bit about it or make
09:03:19   3   whatever presentation you want to, you may proceed at this
09:03:23   4   time.
09:03:23   5              Ms. Wills?
09:03:24   6              MS. WILLS:  Good morning, Your Honor.  Rhonda Wills
09:03:26   7   on behalf of the plaintiffs.  We did enter into -- we have
09:03:36   8   reached a settlement, Your Honor; that is, after conducting
09:03:38   9   three mediations of this matter -- or these matters, rather,
09:03:41  10   utilizing two separate mediators.
09:03:47  11              This was obviously a hard-fought contest.  We
09:03:51  12   represent in total 113 plaintiffs after reaching the settlement
09:03:56  13   agreement through Eric Galton, the mediator who mediated twice
09:04:01  14   with us, met independently for counsel for both sides on
09:04:06  15   multiple occasions, as well as, I understand, meeting with
09:04:08  16   principals of the Defendant HEB, we were able to reach a
09:04:11  17   settlement.
09:04:12  18              We have presented to the defendants this morning --
09:04:17  19   defendant's counsel this morning and are prepared to also
09:04:20  20   submit to the Court for review individual releases that have
09:04:24  21   been signed by each and every one of the 113 plaintiffs that we
09:04:28  22   represent.  Our clients, in signing their individual releases,
09:04:34  23   have indicated their agreement to the settlement and their
09:04:41  24   desire that the Court approve this settlement agreement so that
09:04:44  25   they may receive their settlement funds as quickly as possible.
```

```
09:04:48   1              In conjunction with this settlement, Your Honor,
09:04:51   2   those who were still performing work at HEB stores have agreed
09:04:55   3   to resign their employment effective immediately.  So as of the
09:04:59   4   end of last week, these are folks that no longer have a job.
09:05:04   5   So we would certainly hope to get the settlement approve as
09:05:09   6   quickly as possible.  HEB -- or, rather, the defendants have
09:05:12   7   agreed that any settlement funds will be funded within 48
09:05:17   8   hours, hopefully within 24 hours, of the Court approving the
09:05:22   9   settlement agreement.
09:05:22  10              THE COURT:  Thank you.  Defendant care to add
09:05:24  11   anything to that?
09:05:25  12              MR. FOX:  Your Honor, nothing really.  The parties
09:05:28  13   have agreed as part of the settlement to submit to the Court a
09:05:32  14   proposed order approving settlement that would also include a
09:05:38  15   finding that HEB is not a joint employer.  We're paying a
09:05:43  16   substantial sum of money.  We just want to make sure this wraps
09:05:46  17   this one up totally.  So we have prepared an order to submit to
09:05:50  18   the Court for approval.
09:05:52  19              THE COURT:  Let me -- and you may be seated.  In
09:05:54  20   reviewing the final settlement term sheet that I referenced
09:06:00  21   earlier, it appears to me from reviewing that, that you
09:06:05  22   anticipate a more formal settlement agreement at some point; is
09:06:10  23   that correct?
09:06:14  24              MS. WILLS:  Actually, Your Honor, what we anticipated
09:06:19  25   were individual releases to be signed by the plaintiffs so that
```

```
09:06:24   1  we would have their agreement to the terms of the settlement.
09:06:28   2  So what we have obtained and sitting here before the Court are
09:06:31   3  individual releases that were signed by each of the plaintiffs
09:06:36   4  and opt-ins that joined into the case.  So each and every
09:06:40   5  person who has a claim in the lawsuit has filed an individual
09:06:42   6  release acknowledging the terms of the settlement and
09:06:47   7  acknowledging the amount of the settlement and accepting those
09:06:51   8  terms.
09:06:52   9           THE COURT:  So the term sheet provisions in
09:06:56  10  paragraph 7 that recite:  Parties agree to request an in-camera
09:07:01  11  inspection of the settlement agreement and, to the extent
09:07:05  12  permitted, no copy of the final agreement shall be filed.  And
09:07:08  13  then over on page 3 under the general heading Formal Settlement
09:07:13  14  Agreement, paragraph 15 that indicates:  This term sheet is
09:07:16  15  intended by the parties to binding on them until superceded by
09:07:22  16  a formally executed settlement agreement which will include
09:07:25  17  other standard terms and conditions, et cetera, I can ignore
09:07:28  18  that because it is your intent that the term sheet that I have
09:07:32  19  read from and the releases will constitute the full and final
09:07:38  20  settlement agreement of all of the parties; is that correct?
09:07:42  21           MS. WILLS:  That is correct, Your Honor, except we do
09:07:44  22  have a supplement to the term sheet that sets forth the timing
09:07:49  23  by which the settlement funds will be paid.  And it also
09:07:52  24  incorporates the form for the individual releases that have
09:07:55  25  been signed by each of the plaintiffs.
```

```
09:07:57   1              THE COURT:  All right.  The defendants are in
09:07:58   2   agreement?
09:07:59   3              MR. FOX:  It has no other substantive terms other
09:08:01   4   than that, Your Honor.
09:08:02   5              THE COURT:  All right.  Well, that clears up all of
09:08:04   6   the questions -- well, I did have one other question about your
09:08:09   7   agreement.  In the exhibit which indicates the net to be paid
09:08:18   8   to each of the individual plaintiffs, I notice some of the
09:08:20   9   plaintiffs are listed -- have their names listed in italics and
09:08:28  10   others do not.  Is there any significance to that?
09:08:32  11              MS. WILLS:  Yes, Your Honor.  Those that are
09:08:36  12   italicized I believe are the opt-ins.
09:08:38  13              THE COURT:  Are the what?
09:08:39  14              MS. WILLS:  The opt-ins.  And then there are some
09:08:41  15   that have a lighter font, and those are the people that were in
09:08:45  16   the Fructuoso matter.
09:08:47  17              THE COURT:  I thought there was probably a lighter
09:08:48  18   font, but I couldn't tell from the copy I had because that kind
09:08:51  19   of washed out.  And in the columns where you say Settlement
09:08:54  20   Offer, was that the plaintiffs' offer to defendants and then
09:08:57  21   the net to plaintiffs is what you agreed on?
09:09:00  22              MS. WILLS:  Your Honor, the settlement offer is the
09:09:02  23   amount that was offered by the defendants to the plaintiffs.
09:09:07  24   And the net is the amount of the check that each of the
09:09:09  25   plaintiffs will receive after all other amounts for attorney's
```

```
09:09:13   1  fees and expenses have been deducted.  So the number that's in
09:09:17   2  bold is the actual check that each of these plaintiffs will
09:09:20   3  receive in hand.
09:09:22   4            THE COURT:  All right.  Let me, if I could, see a
09:09:24   5  copy of the supplement and just a representative sample of one
09:09:30   6  of the releases that you indicate the 113 individual plaintiffs
09:09:35   7  have signed.  I presume the releases that were signed are all
09:09:40   8  the same?
09:09:41   9            MR. FOX:  Yes, they are, Your Honor.  It's here as an
09:09:44  10  exhibit to that.
09:09:45  11            THE COURT:  All right.  Thank you.  I don't need the
09:09:49  12  whole of them.
09:09:51  13            MS. WILLS:  I'll just pull out one, then, Your Honor.
09:10:06  14            THE COURT:  If you would give me a minute.
09:10:08  15       (Reviews document)
09:12:50  16            THE COURT:  The Settlement Agreement to Supplemental
09:12:54  17  Agreement to Term Sheet, which you passed up that I've
09:12:58  18  reviewed -- of course, is a copy of it -- I want the record to
09:13:03  19  be clear has that net fully -- is there a fully signed original
09:13:10  20  of that document with all of the signatures as required on
09:13:14  21  pages 7 and 8 in existence?  So is it your representation to
09:13:22  22  the Court that the Supplemental Agreement to Term Sheet has in
09:13:24  23  fact been approved and signed by all parties?
09:13:25  24            MS. WILLS:  Your Honor, with the exception of
09:13:27  25  plaintiff's attorney Arturo Villarreal -- and we can certainly
```

```
09:13:30   1  represent to the Court that he agrees to those terms.  He's on
09:13:33   2  his way up here to sign it.  And he's with us, and he certainly
09:13:36   3  agrees, Your Honor.
09:13:38   4              THE COURT:  Mr. Fox?
09:13:39   5              MR. FOX:  Your Honor, I think Mr. Latimer --
09:13:40   6  Pastranas is actually not a party to that particular agreement,
09:13:43   7  even though there's a signature line on there.  That was by
09:13:46   8  mistake.  But it is the -- it is signed by HEB and by
09:13:50   9  plaintiffs' counsel, with the exception of Mr. Villarreal.
09:13:52  10              THE COURT:  And what is the status of Pastranas?  Are
09:13:58  11  they not going to be a party to the settlement?
09:14:00  12              MR. FOX:  No.  They will be resolved.  They just
09:14:03  13  didn't -- weren't a participant at this particular part of the
09:14:06  14  proceeding.  But the whole case is being dismissed, and there
09:14:12  15  are issues to be worked out between Pastranas and HEB.
09:14:16  16              THE COURT:  All right.  And it's your anticipation
09:14:19  17  and what you request the Court to do is to sign the approval of
09:14:25  18  the -- or order granting approval of settlement today, and then
09:14:30  19  is it your request that I also sign dismissal orders today or
09:14:35  20  after the funds are actually exchanged?
09:14:37  21              MR. FOX:  After -- what we agreed to, Your Honor, was
09:14:40  22  after the Court signed -- assuming the Court did sign the order
09:14:43  23  of approval and then fund, and then we will submit the orders
09:14:47  24  to dismiss the three cases hopefully sometime this week.
09:14:50  25              THE COURT:  Ms. Wills, do you concur?
```

```
09:14:54   1              MS. WILLS:  We do, Your Honor.  Our understanding is
09:14:56   2  that the funds under this supplemental agreement will be
09:15:00   3  tendered to us within 48 hours.
09:15:03   4              THE COURT:  That's what it appears.  Do you have a
09:15:06   5  clean copy of the proposed order granting approval to
09:15:12   6  settlement that you asked for to sign.
09:15:15   7              MR. FOX:  I do Your Honor.
09:15:16   8              THE COURT:  The one I'm looking at has Exhibit B on
09:15:19   9  it.  All right.  Does anybody else have anything that they
09:15:23  10  desire to say at this point?
09:15:26  11        (No response)
09:15:27  12              THE COURT:  All right.  Well, the Court has reviewed
09:15:30  13  the Final Settlement Term Sheet and the Supplemental Agreement
09:15:36  14  to the Term Sheet that was provided.  And I note in reviewing
09:15:42  15  those documents that the confidential releases have been
09:15:49  16  submitted to all of the 113 plaintiffs.  And relying on the
09:15:58  17  representations of counsel that the plaintiffs have each signed
09:16:04  18  a confidential release, I hold that I have before me everything
09:16:10  19  that I need to see in order to rule on the question of
09:16:13  20  fairness.
09:16:14  21              I do note that there were two different forms of
09:16:16  22  confidential release.  I presume the one that has the reference
09:16:20  23  to the Texas Workforce Commission and the Equal Opportunity
09:16:27  24  Commission is for the members of the 113 plaintiffs who had
09:16:33  25  filed complaints to sign and the ones without that line which
```

```
09:16:38   1  pertain to those who did not have a pending complaint; is that
09:16:42   2  correct?
09:16:43   3            MS. WILLS:  That's correct, Your Honor.
09:16:44   4            THE COURT:  Well, I find the settlement reasonable.
09:16:48   5  I have carefully reviewed the proposed pay-out, and find that
09:16:58   6  it is indeed the rare case where plaintiffs appear to be
09:17:06   7  getting substantial amounts of money in cases like this.  I do
09:17:10   8  find, because I have done the math on it, that the attorneys'
09:17:15   9  fee and expenses of the lawyers for the plaintiffs are
09:17:20  10  reasonable, and I need not -- and you need not file with me any
09:17:27  11  additional information on your attorneys' fees.
09:17:31  12            Mr. Fox, that has all been agreed upon; is that
09:17:35  13  correct?
09:17:35  14            MR. FOX:  That is correct, Your Honor.
09:17:36  15            THE COURT:  All right.  Well, having reviewed those
09:17:38  16  documents and made those findings, I do find that the terms of
09:17:42  17  the settlement in this matter are fair and reasonable in all
09:17:46  18  respects, and I further find that it would be appropriate for
09:17:51  19  me to sign the order to that effect at this time in order that
09:17:54  20  the funds may be distributed to the 113 named plaintiffs as
09:18:00  21  quickly as possible.  You can go ahead and hold up on the
09:18:08  22  attorneys' fees if you want to, Mr. Fox.
09:18:12  23            MR. SPIVEY:  To which the plaintiffs object.
09:18:14  24            THE COURT:  I think they can survive a little longer.
09:18:17  25            But I have -- let me return to you -- the
```

```
09:18:21   1  supplemental agreement form you gave me will go to Mr. Fox, and
09:18:26   2  this release form will go back to Ms. Wills.  And I have today
09:18:30   3  signed an order granting approval of the settlement in the form
09:18:34   4  provided to me.  Ms. Jones, you may file that accordingly.
09:18:39   5            And then I presume that you will just provide to us
09:18:46   6  the proposed dismissal orders in the form that was included on
09:18:51   7  the supplement when you are satisfied that the funds have been
09:18:54   8  received that are subject to the settlement.
09:18:56   9            MR. FOX:  That's correct, Your Honor.
09:18:58  10            MS. WILLS:  That's correct, Your Honor.
09:18:59  11            THE COURT:  Is there anything else that anyone else
09:19:01  12  has?
09:19:02  13            MR. FOX:  Nothing from us, Your Honor.
09:19:03  14            MS. WILLS:  Nothing from us, Your Honor.
09:19:05  15            THE COURT:  Well, I want to thank you for your work
09:19:07  16  on this case, and I know it was hard work.  I will admit I was
09:19:13  17  skeptical as to whether all three of these cases could get
09:19:18  18  wrapped up and settled, although I do think they -- if they
09:19:24  19  were going to be settled, it ought to be a package of all three
09:19:28  20  of them.  And if they were going to be tried, we probably
09:19:30  21  should try all of them.
09:19:32  22            I appreciate your hard work on them.  I know it was
09:19:34  23  difficult.  But I think you reached a fair and just resolution
09:19:38  24  of everything, and I appreciate your work in this Court.
09:19:41  25            I will be here tomorrow doing sentencings, if anybody
```

```
09:19:45   1  would like to drop by and pick up a Court appointment, because
09:19:48   2  now that you're clear of this case, I feel certain y'all have
09:19:53   3  free time on your hands and I could help you supplement your
09:19:57   4  income for maybe a year, if you like.
09:19:59   5           If I don't see you tomorrow, then I will just look
09:20:01   6  for the proposed orders to come in the form that I previously
09:20:07   7  reviewed.  So if there is nothing else, thank you for your time
09:20:10   8  and your hard work and the Court's in recess.
09:20:13   9      (End of transcript)
          10
          11
          12
          13
          14
          15
          16
          17
          18
          19
          20
          21
          22
          23
          24
          25
```

```
 1  UNITED STATES DISTRICT COURT      )

 2  WESTERN DISTRICT OF TEXAS         )

 3      I, Arlinda Rodriguez, Official Court Reporter, United

 4  States District Court, Western District of Texas, do certify

 5  that the foregoing is a correct transcript from the record of

 6  proceedings in the above-entitled matter.

 7      I certify that the transcript fees and format comply with

 8  those prescribed by the Court and Judicial Conference of the

 9  United States

10      WITNESS MY OFFICIAL HAND this the 17th day of

11  October 2011.

12

13                                  /S/ Arlinda Rodriguez
                                    Arlinda Rodriguez, Texas CSR 7753
14                                  Expiration Date:  12/31/2012
                                    Official Court Reporter
15                                  United States District Court
                                    Austin Division
16                                  200 West 8th Street, 2nd Floor
                                    Austin, Texas 78701
17                                  (512) 916-5143

18

19

20

21

22

23

24

25
```